**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                March 29, 2019                Chris Wolpert
Clerk of Court                                                                                     Chief Deputy Clerk

Mr. Robert Collins
Collins Law Office
P.O. Box 4786
Olathe, KS 66063

Mr. Mark V. Dugan
Ms. Heather J. Schlozman
Dugan Schlozman
8826 Santa Fe Drive, Suite 307
Overland Park, KS 66212

       RE:      18-3156, Coffman v. City of Leavenworth, Kansas
                    Dist/Ag docket: 2:14-CV-02538-JAR

Dear Counsel:

Enclosed is a copy of the order and judgment issued today in this matter. The court has entered judgment on the docket pursuant to Fed. R. App. P. Rule 36.

Pursuant to Fed. R. App. P. Rule 40(a)(1), any petition for rehearing must be filed within 14 days after entry of judgment. Please note, however, that if the appeal is a civil case in which the United States or its officer or agency is a party, any petition for rehearing must be filed within 45 days after entry of judgment. Parties should consult both the Federal Rules and local rules of this court with regard to applicable standards and requirements. In particular, petitions for rehearing may not exceed 3900 words or 15 pages in length, and no answer is permitted unless the court enters an order requiring a response. If requesting rehearing en banc, the requesting party must file 6 paper copies with the clerk, in addition to satisfying all Electronic Case Filing requirements. *See* Fed. R. App. P. Rules 35 and 40, and 10th Cir. R.35 and 40 for further information governing petitions for rehearing.

Please contact this office if you have questions.

Sincerely,

*Elisabeth A. Shumaker*

Elisabeth A. Shumaker
Clerk of the Court


cc:    Jon Patrick Fleenor
       Andrew D. Holder
       Terelle Ashley Mock


EAS/dd