FILED
United States Court of Appeals
Tenth Circuit

May 30, 2019

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

| | |
|---|---|
| THE UNITED STATES OF AMERICA EX REL. MICHELE COFFMAN, | |
| Plaintiff - Appellant, | |
| v. | No. 18-3156 |
| THE CITY OF LEAVENWORTH, KANSAS, | |
| Defendant - Appellee. | |

_____

**ORDER**
_____

Before **McHUGH**, **BALDOCK**, and **KELLY**, Circuit Judges.
_____

Appellant's petition for panel rehearing is denied.


Entered for the Court


ELISABETH A. SHUMAKER, Clerk